IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMON VICTORELL SLATER,       )
                              )
       Plaintiff,             )
                              )       CIVIL ACTION NO.
       v.                     )        2:16cv673-MHT
                              )           (WO)
JASON TYRE and DAVID HORN,    )
                              )
       Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of actions taken against him during his placement in community corrections, being removed from community corrections, and other actions he claims violated his constitutional rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed with prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted,

except that plaintiff's claims will be dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 15th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE