IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMON VICTORELL SLATER,      )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )    2:16cv673-MHT
                             )        (WO)
JASON TYRE and DAVID HORN,   )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) This lawsuit is dismissed without prejudice, with no costs taxed.

(4) All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of November, 2016.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE